# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0569
_____

DOLPHIN BAY OWNERS
ASSOCIATION, INC.,

   Appellant/Cross-Appellee,

   v.

HARBOURAGE MARINA, LLC, a
Florida Limited Liability
Company, and HARBOURAGE
YACHT CLUB AT DOLPHIN BAY,
INC., a Florida not for profit
corporation d/b/a THE
HARBOURAGE YACHT CLUB,

   Appellees/Cross-Appellants.

_____

On appeal from the Circuit Court for Bay County.
James J. Goodman, Judge.

October 15, 2025

PER CURIAM.

   AFFIRMED.

ROWE, KELSEY, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Michael P. Dickey of Dunlap & Shipman, P.A., Panama City, for Appellant/Cross-Appellee.

Julia K. Maddalena of Hand Arendall Harrison Sale, LLC, Panama City, for Appellees/Cross-Appellants.